Argued May 5, affirmed July 29, 1970

## HUPP CORPORATION, *Respondent, v.* OREGON METER SERVICE, *Appellant.*

472 P2d 818

*Vernon W. Robinson,* Bend, argued the cause and filed briefs for appellant.

*Charles E. Boardman,* Bend, argued the cause and filed a brief for respondent.

Before McALLISTER, Presiding Justice, and SLOAN, O'CONNELL, DENECKE, HOLMAN, TONGUE* and HOWELL, Justices.

DENECKE, J.

The facts in this case are similar to those in *Hupp v. Metered Washer Service,* decided this date. The defendant in this case operates in Oregon whereas Metered Washer Service operates in California.

The trial court held against the defendant on its counterclaim upon the ground that this defendant did not purchase any parts that were allegedly expressly warranted by plaintiff. The segregation of the transactions involving Metered Washer Service and this defendant is difficult. The trial court could reasonably infer from the evidence that the defendant in this case did not buy any parts expressly warranted by plaintiff.

Affirmed.

---

* Tongue, J., did not participate in this decision.